FILED

06/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0139

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0139

STATE OF MONTANA,

      Plaintiff and Appellant,

  v.

YANBIN BAO,

      Defendant and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellant's motion for a 30-day extension of time, and good cause appearing therefor, Appellant is granted an extension of time to and including July 15, 2024, within which to prepare, serve, and file its opening brief.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 10 2024